**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RELMON H. DAVIS III, | Case No. SA CV 13-886 DOC (JCG) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |
| MRS. GIBSON, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections reiterate the arguments made in the Petition, and lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

1   Additionally, for the reasons stated in the Report and Recommendation, the
2   Court finds that Petitioner has not made a substantial showing of the denial of a
3   constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*
4   *Cockrell*, 537 U.S. 322, 336 (2003). The Court thus declines to issue a certificate of
5   appealability.

7   DATED: July 30, 2013

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE