# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMON H. DAVIS III, | Case No. SA CV 13-886 DOC (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MRS. GIBSON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 30, 2013

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE